UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

TELLONEY GAYLE,

                                       Plaintiff,

-against-

CITY OF NEW YORK, COSSETTE CHRISTIAN,
Individually, KATHERINE MURPHY, Individually, JOHN
and JANE DOE 1 through 10, Individually )the names John
and Jane Doe being fictitious),

                                       Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

23-CV-2583 (DG)(JRC)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2024

| | |
|---|---|
| BRETT H. KLEIN<br>*Attorney for Plaintiff*<br>305 Broadway, Suite 600<br>New York, NY 10007 | MURIEL GOODE-TRUFANT<br>Acting Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York*<br>    *and Cossette Christian, Katherine*<br>    *Murphy, John and Jane Does*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Brett Klein*<br>Brett H. Klein<br>*Attorney for Plaintiff* | By: *Elissa B. Jacobs*<br>Elissa Jacobs<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024