UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

TELLONEY GAYLE,

                                         Plaintiff,

   -against-

CITY OF NEW YORK, COSSETTE CHRISTIAN, Individually, KATHERINE MURPHY, Individually, JOHN and JANE DOE 1 through 10, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                         Defendants.

--------------------------------------------------------------------------------X

**REVISED STIPULATION AND ORDER OF DIMISSAL**

23-CV-2583 (DG)(JRC)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York

_____, 2024

| | |
|---|---|
| BRETT H. KLEIN<br>*Attorney for Plaintiff*<br>305 Broadway, Suite 600<br>New York, NY 10007 | MURIEL GOODE-TRUFANT<br>Acting Corporation Counsel of the City York<br>*Attorney for Defendants City of New York and Cossette Christian, Katherine Murphy, John and Jane Does*<br>100 Church Street, 3rd Floor New York, New York 10007 |
| By: *Brett Klein* _____<br>      Brett H. Klein<br>      *Attorney for Plaintiff* | By: *Mike Viviano* _____<br>      Mike Viviano<br>      *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. DIANE GUJARATI
UNITED STATES DISTRICT JUDGE

Dated: _____, 2024

2